MILLETT, Circuit Judge,
concurring in part and concurring in the judgment:
I agree with the majority opinion that Section 11(c) of the Occupational Safety *1101 and Health Act, 29 U.S.C. § 660(c), does not contain a private right of action for retaliation claims. I' also agree that we should affirm the district court’s grant of summary judgment for Interstate Management Company on Johnson’s retaliation claim under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-3(a), the Americans with Disabilities Act, 42 U.S.C. § 12203(a), and the Age Discrimination in Employment Act, 29 U.S.C. § 623(d). While I disagree with much of how Section III of the majority opinion analyzes the summary judgment record, I agree with the statement in footnote 2 that Johnson did not come forward with sufficient evidence from which a reasonable jury could have concluded that Interstate did not “honestly and reasonably believe[ ]” he engaged in the employment misconduct in question. Brady v. Office of the Sergeant at Arms, 520 F.3d 490, 496 (D.C. Cir. 2008) (emphasis omitted). I accordingly join Part III of the majority opinion only as to footnote 2.